UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MOHAMMED DONZO,                                             :
                                    Plaintiff,              :
                                                            :       21 Civ. 629 (LGS)
            -against-                                       :
                                                            :       **ORDER**
CITY OF NEW YORK et al.,                                    :
                                    Defendants.             :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for April 1, 2021, at 11:00 a.m.

WHEREAS, the parties filed a proposed Case Management Plan which indicates that they consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. *See* 28 U.S.C. § 636(c). It is hereby

**ORDERED** that the April 1, 2021, initial pretrial conference is **adjourned** sine die. It is further

**ORDERED** that by April 2, 2021, the parties shall return an executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form to the Clerk of Court, confirming their intention to conduct all further proceedings before Judge Stewart Aaron, in compliance with Rule 73.1 of the Local Civil Rules for the Southern and Eastern Districts of New York.[1]

Dated: March 29, 2021
       New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

---

[1] The form is available at https://www.nysd.uscourts.gov/sites/default/files/practice_documents/rwlConsentToProceedBeforeUSMagistrateJudge._0.pdf.