UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MOHAMMED DONZO,
                              Plaintiff,

               -against-

CITY OF NEW YORK et al.,
                             Defendants.
------------------------------------------------------------ X

21 Civ. 629 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated April 29, 2021 (Dkt. No. 26), (1) directed Corporation Counsel to determine whether it will represent Defendant Mullen and, if not, provide Plaintiff with her last known address for purposes of effecting service and (2) directed the parties to a file a joint status letter as to Defendant Mullen, in each case by May 7, 2021.

WHEREAS Plaintiff has filed a status letter stating that he will withdraw "all claims against the NYPD" (Dkt. No. 27), but the parties have not filed a joint status letter as to Defendant Mullen. It is hereby

**ORDERED** that as soon as possible, and no later than **May 12, 2021**, the parties shall file such joint status letter.

Dated: May 10, 2021
       New York, New York

                                                LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE