UNITED STATES DISTRICT COURT
SOUNTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
    MOHAMMED DONZO,

                              Plaintiff,

                              21 Civ. 629 (LGS)

            -against-

                              **ORDER**

    CITY OF NEW YORK et al.,

                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Case Management Plan, dated April 6, 2021 (Dkt. No. 17) directed the parties to submit a joint status letter by June 1, 2021.

       WHEREAS, the parties have not submitted such status letter. It is hereby

       **ORDERED** that by **June 4, 2021**, the parties shall submit a joint status letter, as outlined in the Case Management Plan and Individual Rule IV.A.2.

Dated: June 2, 2021
       New York, New York

                                              **LORNA G. SCHOFIELD**
                                         **UNITED STATES DISTRICT JUDGE**