UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
MOHAMMED DONZO,
                            Plaintiff,

-against-

CITY OF NEW YORK, et al.,
                           Defendants.
------------------------------------------------------------X

21 Civ. 629 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a pre-motion conference is scheduled for November 4, 2021, at 11:00 a.m. (Dkt. No. 47). It is hereby

    **ORDERED** that the pre-motion conference scheduled for November 4, 2021, is **adjourned** *sine die*.

Dated: November 2, 2021
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**