UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MOHAMMED DONZO,                                             :
                                Plaintiff,                  :
                                                            :         21 Civ. 629 (LGS)
            -against-                                       :
                                                            :         ORDER
CITY OF NEW YORK et al.,                                    :
                                Defendants.                 :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Opinion and Order, dated November 23, 2021 (Dkt. No. 50), granted Defendants' motion to dismiss, and directed Plaintiff to seek leave to replead by November 30, 2021, for the limited purpose of alleging discriminatory conduct against Defendant Mullen within the statutory period in support of the § 1983 claim.

WHEREAS, Plaintiff did not seek leave to replead. It is hereby

**ORDERED** that the action is dismissed. The Clerk of Court is respectfully directed to close the case.

Dated: December 29, 2021
       New York, New York

                                        _____
                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**